**COURT OF APPEALS**
**FOR THE**
**THIRD DISTRICT OF TEXAS**
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
(512) 463-1733

Date:          May 17, 2013

Case Numbers:  03-13-00154-CV & 03-13-00155-CV
Trial Court Nos.:  12-1288-C277 & 12-0459-T277

Style:          Carolyn Barnes v. Velocity Credit Union

---

You are hereby notified that appellant's motion to consolidate (**in cause number 03-13-00154-CV only**) was granted on the date noted above.  Also, the enclosed opinion and judgment were sent this date to the following persons:

The Honorable Ken Anderson
Judge, 277th District Court
405 Martin Luther King, Box 6
Georgetown, TX  78626

The Honorable Lisa David
Williamson County District Clerk
P. O. Box 24
Georgetown, TX  78627

Mr. Mark A. Mayfield
Gardere, Wynne, Sewell, L.L.P.
600 Congress Avenue, Suite 3000
Austin, TX  78701

Ms. Carolyn Barnes
419 Indian Trail
Leander, TX  78641